**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JOHN JULIUS JOHNSON,**

    Petitioner,

v.                                            Case No. 3:19cv122-LC/CAS

**ADDISON SUMMERS, Warden,
Holmes Correctional Institution,**

    and

**MARK S. INCH, Secretary,
Florida Department of Corrections,**

    Respondents.
_____/

## **ORDER**

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated September 19, 2019 (ECF No. 13), that Respondent's motion to dismiss (ECF No. 11) be granted and the petition for writ of habeas corpus (ECF No. 6), filed pursuant to 28 U.S.C. § 2254, be dismissed without prejudice. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.  The Report and Recommendation (ECF No. 13) is adopted and incorporated by reference in this order.

2.  The Clerk shall enter judgment stating, "Respondent's motion to dismiss (ECF No. 11) is **GRANTED** and the petition for writ of habeas corpus (ECF No. 6) is **DISMISSED**.   Any certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**."

3.  The Clerk shall close the file.

**DONE AND ORDERED** on this 21st day of October, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**